UNITED STATES DISTCT COURT
FOR THE DISTRICT OF COLUMBIA

BRENDA MCCRAE,
4619 G Street, S.E.
Washington, D.C. 20019

    *Plaintiff*,

       v.

SMITHSONIAN INSTITUTION,
1000 Jefferson Drive, S.W., #302
Washington, D.C. 20560-0012

    *Defendant*.

Civil Action No. 22-2862

## NOTICE OF REMOVAL OF A CIVIL ACTION

Pursuant to 28 U.S.C. § 1442(a)(1), Defendant Smithsonian Institution, by and through undersigned counsel, hereby file this Notice of Removal ("Notice"). In support of this Notice, the following facts are relied upon:

1. Though insufficiently served, the Smithsonian Institution is in receipt of a complaint in the case of *McCrae v. Smithsonian Institution*, No. 2022 CA 0025577 B (D.C. Super. Ct.) in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action"). Plaintiff's complaint names the Smithsonian Institution as Defendant in connection with an alleged personal injury from an alleged slip and fall at the National Portrait Gallery on July 26, 2019. A copy of the Complaint is attached hereto as Exhibit 1.

2. The Smithsonian Institution is an independent establishment of the United States. *See* 20 U.S.C. § 41, *et seq*.; *Expeditions Unlimited Aquatic Enter., Inc. v. Smithsonian Inst.*, 566 F.2d 289, 296 (D.C. Cir. 1977); *Raven v. Sajet*, 334 F. Supp. 3d 22, 28 (D.D.C. 2018). Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1).

3. A notice of filing of this Notice of Removal will be filed in the Superior Court of the District of Columbia.

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

Dated: September 20, 2022
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     /s/
JOHN MOUSTAKAS
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
202-252-2518

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2022, I caused a copy of the foregoing Notice of Removal of a Civil Action to be served upon Plaintiff by first class mail marked for delivery to:

BRENDA MCCRAE,
4619 G Street, S.E.
Washington, D.C. 20019

          _____/s/_____
          JOHN MOUSTAKAS
          Assistant United States Attorney
          601 D Street, N.W.
          Washington, D.C. 20530
          202-252-2518